UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY J. YU, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>MAE-LIN MENDOZA, et al.,<br><br>    Defendants. | Case No. 4:21-cv-09039-KAW<br><br>**JUDICIAL REFERRAL FOR THE PURPOSES OF DETERMINING RELATIONSHIP** |

On December 16, 2021, Plaintiff Gregory J. Yu filed a notice of pendency of other actions or proceedings. (Dkt. No. 11.) Therein, he informed the Court of *Mendoza v. Yu,* 21-cv-08632-TSH, which is currently pending in this district, and appears to be related to the instant case.

Accordingly, pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Thomas S. Hixson for consideration of whether the case is related to *Mendoza v. Yu*, 21-cv-08632-TSH.

**IT IS SO ORDERED.**

Dated: December 17, 2021

_____
KANDIS A. WESTMORE
United States Magistrate Judge